RECEIVED
JAN - 3 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **FARIKAS TRANKI THOMPSON** | DOCKET NO. 13-CV-391, SEC. P |
| **VERSUS** | JUDGE TRIMBLE |
| **WARDEN** | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED**, as Petitioner is not in custody in violation of the Constitution or laws or treaties of the United States.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 3rd day of January, ~~2013~~ 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA